435 A.2d 910

Cole, Appellant v. Grove City College, etc., et al.

Mueller, Appellant v. Grove City College etc., et al.

Petition for Allowance of Appeal Denied Nov. 13, 1981.

Argued March 18, 1981. Terry K. Wheeler, for appellants; Timothy Bonner, for appellees.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment affirmed.